# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 01, 2018

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

    No. 17-60835   In re: Ricky Long
                          USDC No. 1:17-CV-163

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

cc w/encl:
    Mr. Ricky Lee Long

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-60835
_____

In re: RICKY LEE LONG,

      Movant

**A True Copy**
Certified order issued Feb 01, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notices of December 20, 2017 and January 11, 2018.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT